# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO.: 1:18-CR-32-TLS |
| ) | |
| STEPHANIE MATA ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION

This matter is before the Court on the Amended Findings and Recommendation of the United States Magistrate Judge [ECF No. 12], filed on April 18, 2018. The Defendant has waived objection to the Amended Findings and Recommendation.

The Court being duly advised, ADOPTS the Amended Findings and Recommendation [ECF No. 12] in its entirety and ACCEPTS the recommended disposition. Subject to this Court's consideration of the Plea Agreement pursuant to Federal Rule of Criminal Procedure 11(c), if applicable and necessary, the plea of guilty to the offense charged in Count 1 of the Information is hereby ACCEPTED, and the Defendant is adjudged GUILTY of the offense. Further, the Court RENDERS MOOT the Findings and Recommendation of the United States Magistrate Judge [ECF No. 11], issued on April 17, 2018.

The Sentencing Scheduling Order scheduling sentencing-related deadlines and hearings will be issued by separate order.

SO ORDERED on May 4, 2018.

s/ Theresa L. Springmann
CHIEF JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT